IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 2019-cr-97-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN CASTELLANOS-GUZMAN,

    Defendant.

## MOTION FOR VARIANT SENTENCE AND SENTENCING STATEMENT AND MOTION FOR DEPARTURE SENTENCE

Mr. Castellanos Guzman, by and through Gregory Daniels of the Daniels Law Firm, LLC, hereby submits this Motion for Variant Sentence pursuant to §3553(a), Sentencing Statement and Motion for Departure Sentence pursuant to §5K2.0 for circumstances not taken into consideration by the Sentencing Commission, in anticipation of the sentencing hearing in this case.

Mr. Castellanos Guzman has entered a guilty plea to a charge carrying a ten year minimum mandatory prison sentence and when he thought about debriefing, his cousin in Mexico went missing and his father's life was threatened. Mr. Castellanos thus did NOT do anything to assist the government.

Counsel and the defendant are both well aware of the structure here where the sentencing guidelines call for a sentence of 121 months at the bottom and that realistically all the court could vary in this case is one month. Nevertheless, and with no disrespect intended for this very Honorable Court, counsel cannot refrain from

advancing argument here which counsel believes is relevant and important.

Counsel believes and argues that this defendant is the victim here. Certainly of the drug cartels that dominate his country and create an environment of fear and terror, but more precisely of the United States Government who instituted a Drug War in the mid 1980's, which War, for any of its claimed success, has done nothing at all to diminish the drug trade and the might of the cartels that control not only the influx of drugs into this country but the lives of the citizens of Mexico.

Regarding the cartel control of many areas of Mexico, one only need look to today's headlines. Whether nine American women and children being massacred, or the son on of the cartel boss being freed or the criminals dictating to the government, examples of the strength of the cartels is everywhere. In one example, Mexican cartels killed at least 130 candidates and politicians in the lead-up to Mexico's 2018 presidential elections. If those public figures are at such extreme risk, one can only imagine the impact on anonymous throw away Mexican citizens like this Defendant. Sinaloa appears primary for cartel activity.

It is axiomatic that the cartels only derive their power from the United States. If the drugs being distributed were not illegal, there would be no financial incentive to sell those drugs and the cartel's power and influence would simply cease to exist. The relationship of the War on Drugs and the exponential power of the Mexican drug cartels is direct and obvious.

The War on Drugs has also not seemingly done anything to curb American demand for illegal narcotics. There is no evidence that demand has been affected by this War. The other side of that is that there no evidence that de-criminalizing these

drugs would lead to an increase in use among the American people. Given that all the resources that are repeatedly and ineffectively used to sustain this War, those same resources utilized for education and rehabilitation…

None of this is intended to insinuate that this Defendant did not make a decision. He did. He has a family. He has a prior offense as well. Arguably, once he was in with the cartel, he was unable to break free. Really, at the time he first distributed illegal drugs, his lot was determined. In many ways, this case is just a natural progression. Given his young age and the likely consequences of uncooperativeness, Mr. Castellanos Guzman took the path of least resistance. Now, his family, whom he was trying to support, gets no support nor the benefit of what counsel has come to know as a warm and gentle young man. The cartel remains of course, unaffected: The cartel just this week exercising their strength against its own government.

On one visit to GEO to visit this client, counsel was saying some of the things expressed herein to the interpreter and was overheard by another. That other was born in Sinaloa and is an attorney who was there to assist on an immigration matter. He indicated he was from Los Angeles as his mother had immigrated to the United States when he was very small. He expressed great gratitude that she had and seemed to believe that his lot in life would be far different if she had not.

My client has described himself as dispensable. He wanted to assist the US Attorney and that debriefing was set but those things happened in between the time the meeting was set and then took place and Mr. Castellanos Guzman did not want to compromise his loved ones to help himself. Counsel would ask the Court to consider that he did do that because that was his intent. Counsel would ask this Court to

sentence him as if he had.  There is no legal support for that.

Counsel has no real understanding how a Mexican citizen from Sinaloa evades the tendrils of the cartel or how that is different for a citizen with family?  As stated, Mr. Castellanos is a warm and kind young man.  Counsel believes he will try to find a way to "escape" after his sentence and deportation there.  Perhaps the world there will have changed, but only if the world here has changed.  It is not his character that puts him before this Court.  If his mom had immigrated to the United States when he was very small, he would not be before this Court.  Counsel does not believe he will be back either way after this because of the regret and love for his family he has expressed to counsel.

Of course, much of this argument could be utilized for many of the defendants before this Honorable Court.  Undersigned has never written anything like this because never before has the issue been so obvious as it is with Mr. Castellanos Guzman, perhaps due to his age and the character he has displayed over the several months.  The defense would ask the Court to employ these arguments anyway the Court can for the benefit of Mr. Castellanos Guzman.

Respectfully Submitted this 7th day of November, 2019.

DANIELS LAW FIRM, LLC

*s/ Gregory Daniels*
Gregory Daniels
1159 Delaware Street
Denver, CO 80204
Telephone:  303.863.7436
Facsimile:  720.974.9666
Email:  gdaniels@gdanlaw.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November 2019, I filed the foregoing **MOTION FOR VARIANT SENTENCE AND SENTENCING STATEMENT** with the Clerk of the Court by fax, and will send notification to all counsel of record, including the following:

Peter.mcneilly@usdoj.gov

*s/ Angela Duran*